AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:21-mj-00493-DJA |
| | ) | |
| JASON BAILEY | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Western District of Washington AS ORDERED | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 16, 2021

*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge

*Printed name and title*

